FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2009 SEP 30 AM 11: 09

CLERK US DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO. 5:09-Cr-46-OC-28GRJ |
| | 18 U.S.C. § 641 |
| JACQUELINE GRANVILLE | Forfeiture: 18 U.S.C. § 981(a)(1)(C) |
| | 28 U.S.C. § 2461(c) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

1.   In or about August 2006, in Marion County, in the Middle District of Florida,

JACQUELINE GRANVILLE,

defendant herein, did knowingly and willfully embezzle, steal, purloin and knowingly convert to her use and the use of another, any record, voucher, money and thing of value, of the United States and any department and agency thereof, and any property made and being made under contract for the United States and any department and agency thereof.

All in violation of Title 18, United States Code, Sections 641.

### FORFEITURE

1.   The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. From her engagement in the violation alleged in Count One of this Indictment, JACQUELINE GRANVILLE shall forfeit to the United States of America, all of her interest in any property, real or personal, constituting or derived from proceeds traceable to the violation of Title 18, United States Code, Section 641. The property to be forfeited includes, but is not limited to, a sum of money in the amount of $11,136.00, representing the amount of proceeds obtained as a result of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A. BRIAN ALBRITTON
United States Attorney

By: _____
CHERIE L. KRIGSMAN
Assistant United States Attorney

By: _____
ROBERT T. MONK
Assistant United States Attorney
Deputy Chief, Economic Crimes Section